UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN H. ANDERSON,<br>   Plaintiff,<br>   v.<br><br>SAN MATEO COUNTY'S MAGUIRE CORRECTIONAL FACILITY, et al.,<br>   Defendants. | Case No. 17-CV-01398-LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On March 15, 2017, plaintiff, a California state prisoner, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. That same day, the Clerk sent plaintiff a notice that he had not paid the filing fee and the *in forma pauperis* ("IFP") application he filed was deficient. On March 27, 2017, the Clerk's notice mailed to plaintiff was returned to the court with a notation that plaintiff was no longer in custody, and no forwarding address was provided. To date, plaintiff has had no further contact with the court.

Pursuant to Northern District Local Rule 3-11, the court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* Civil L.R. 3-11(b).

Here, more than sixty days have passed since March 27, 2017, when mail that the court

Case No. 17-CV-01398-LHK (PR)
ORDER OF DISMISSAL

sent to plaintiff was returned to the court with no forwarding address. The court has not received a notice from plaintiff of a new address. Accordingly, the instant complaint is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: 6/1/17

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 17-CV-01398-LHK (PR)
ORDER OF DISMISSAL